# UNITED STATES DISTRICT COURT

for the

District of

Division

Billy Coney

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

(Wellpath) C.E.O. Tony Tamer

Director of Jail Timothy Ryan

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Billy Cony

All other names by which you have been known:

ID Number: 694709

Current Institution: Florida civil Center

Address: 13619 S.E. HWY 70

Arcadia (City) Fl (State) 34266 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Timothy Ryan

Job or Title *(if known)*: Miami-Dade Corr and Rehab Dept

Shield Number: N/A

Employer: Health Care provider for Jail (Well Path)

Address: unknown

City / State / Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Tony Tamer C.E.O. Well Path

Job or Title *(if known)*:

Shield Number:

Employer: Health care provider

Address: unknown

City / State / Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: TONY TAMER C.E.O

Job or Title *(if known)*: C.E.O

Shield Number:

Employer: Well Path

Address: N/A

City / State / Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: BRAIN CAIN GENERAL COUNSLOR

Job or Title *(if known)*: GENERAL COUNSLOR

Shield Number:

Employer: Well Path

Address: N/A

City / State / Zip Code

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Plaintiff Given (Ivermectin) for Covid-19 (HORSE MED)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Amendment Deliberate Indifference Standard.

# Plaintiff Given Horse Dewormer for Covid-19

Plaintiff file this Claim base upon medication you
use to treat a sick Horse (Ivermectin) Not covid-19
sick Horse used to be treated with Ivermectin.
whereas Doctor Here treat Patients with the medication
That Cause Head aches - stomach cramps - Bloody stools,
and loss of Balance. side-Effect from Ivermectin.
Federal food and drug administration (F.D.A) Recall
the drug use for Covid-19.
Quarantined 2021-2023 In Miami-Dade county Jail,
under the Director Timothy Ryan, miami-Dade Corrections
And Rehab Dept.
Doctor Quarantine the Plaintiff and shot him up as a
Guinea Pig with very High doses of Ivermectin to
treat livestock for worms. (Horses)
wherefore Plaintiff filed this suit claim of true
medical Negligence and official should be Held
liable for damages arised from the covid-19 pandemic
Plaintiff collapse after a walk on the yard.
Director, Timothy Ryan miami-Dade corrections and Rehab Dept -
Health care service provider. should be Held accountable.

See Attachment: American medical Association
C.E.O. (wellpath) Tony Tamer medical Provider.
Wellpath doing Business in Miami-Dade County Jail Medical Provider.

# Plaintiff Given Horse Dewormer For Covid-19.

Plaintiff File this Suit Claim base upon medication use to treat a Sick Horse (Ivermectin) not covid-19 Patience, whereas Doctor Here treated Patience and Resident with the medication that cause Head aches Stomach cramps - Bloody Stools and Loss of Balance, the Side-effect from Ivermectin. Federal food and drug Administration (F.D.A) Recall the drug use for covid-19.

Quarantine 2021-2023 In miami-Dade County Jail for a misdemeanor and 2year probation violation under the Director Timothy Ryan miami-Dade Corrections and Rehab Dept.

Doctors Quarantine the Plaintiff and shot him up as a Guinea Pig with very Large doses of Ivermectin to treat livestock for worms. (Horses) wherefore Plaintiff files this 42 USC § 1983 civil suit claim of true medical negligence and official should be held liable for damages arised from the covid-19 Pandemic. Plaintiff collapse after a walk to the yard.





Director Timothy Ryan, miami-Dade corrections and Rehab Dept the Health care Service provider. (wellpath) C.E.O. Tony Tamer.

See Attachment: American medical Association.

See Attachment: The American Pharmacist Association

See Attachment: The American Society of Health System

See Attachment: Federal center for Disease control and prevention.

Wellpath doing Business in miami-Dade county Jail as a Medical Provider.

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☑ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* __________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Plaintiff Given (Ivermectin) for Covid-19 In miami Jail 2021-2023

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attachment Page 1-2 which held the Contract for Jail Healthcare.

C. What date and approximate time did the events giving rise to your claim(s) occur?

2021-2023 miami-Dade county Jail

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Covid-19 Shots of IVERMECTIN. See attachment 1 & 2.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Head Aches - Stomach cramps - Bloody Stools - Loss of Balance, for Side effect. collapse after a walk on the yard.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ______________

Signature of Plaintiff: Billy James Cooney
Printed Name of Plaintiff: Billy J. Cooney
Prison Identification #: 694709I
Prison Address: 13619 S.E. Hwy 70
Arcadia (City) Fl (State) 34266 (Zip Code)

### B. For Attorneys

Date of signing: ______________

Signature of Attorney: ______________
Printed Name of Attorney: ______________
Bar Number: ______________
Name of Law Firm: ______________
Address: ______________
City ______________ State ______________ Zip Code ______________

Telephone Number: ______________
E-mail Address: ______________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-10118-CV-DIMITROULEAS

BILLY JESUS CONEY,

Plaintiff,

v.

FLORIDA DEPT. OF CHILDREN AND FAMILIES, et al.,

Defendants.
_______________________________________/

FILED BY ABM D.C.
Mar 5, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**ORDER GRANTING IN PART APPLICATION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS**

THIS CAUSE is before the Court upon the Motion for Leave to Proceed *In Forma Pauperis* [DE 6] (the "Motion"). The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 6] is hereby **GRANTED in part,** as to filing fees only.

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff at his address of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of November, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Billy J. Coney
#6947091
13619 S.E. HWY 70
ARCADIA, FL., 34266




United States District Court
Clerk of Court
299 E. BROWARD BLVD Ste 108
Fort Lauderdale, FL, 33301

RECEIVED
FEB 27 2026
FL. Civil Commitment Ctr.
MAILROOM

MAILED
FEB 27 2026
LEGAL MAIL




United States District Court
Clerk of Court
299 E. Broward Blvd Ste 108
Fort Lauderdale, FL, 33301