**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-60639-CV-WILLIAMS**

BILL CONEY,

Plaintiff,

vs.

WELLPATH, *et al.*,

Defendants.
______________________________/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court *sua sponte*. On March 5, 2026, a *pro se* civil rights complaint (DE 1) ("***Complaint***") brought pursuant to 42 U.S.C. § 1983 was filed by Plaintiff Bill Coney ("***Plaintiff***"). On March 5, 2026, the Court entered an Order requiring Plaintiff to either pay the Clerk's filing fee or file an application to proceed *in forma pauperis* ("***IFP Application***") on or before April 3, 2026. (DE 4). On March 9, 2026, after screening the Complaint, the Court entered a separate Order (DE 6) dismissing the Complaint without prejudice but granting Plaintiff leave to file an amended complaint, if he chose to do so, on or before April 10, 2026. (*Id.* at 12.) Plaintiff has not paid the Clerk's filing fee, has not filed an IFP Application, has not filed an amended complaint and has not he requested an extension of time to do so. Further, review of the Court's docket reveals that none of the Court Orders have been returned as undeliverable by the U.S. Postal Service. Accordingly, upon review the record and relevant authorities, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of April, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**Bill Coney, *Pro Se***
Inmate #6947091
Florida Civil Commitment Center (FCCC)
13619 SE Highway 70
Arcadia, FL 34266